Judgment in a Civil Case (02/11)

# UNITED STATES DISTRICT COURT
for the
Central District of Illinois

**LEANDER CARTER,**
**Plaintiff**           )
                        )
                        )
            vs.         )    Case Number: **09-2247**
                        )
                        )
**DR. BASHIR AMEJI, ET AL,**
**Defendants.**         )

### JUDGMENT IN A CIVIL CASE

**DECISION BY THE COURT**.  This action came to trial or hearing before the Court.  The issues have been tried or heard and a decision has been rendered.

**IT IS ORDERED AND ADJUDGED** that judgment is entered in favor of the defendants and against the plaintiff.  Case is terminated.  The parties are to bear their own costs.

**Dated:**  September 7, 2011

s/ Pamela E. Robinson
Pamela E. Robinson
Clerk, U.S. District Court