# UNITED STATES DISTRICT COURT
for the
Central District of Illinois

**LEANDER CARTER,**
**Plaintiff**              )
                           )
                           )
        vs.                )    Case Number:  **09-2247**
                           )
                           )
**DR. BASHIR AMEJI, ET AL,**
**Defendants.**            )

## JUDGMENT  IN A CIVIL CASE

  **DECISION BY THE COURT**.  This action came to trial or hearing before the Court.  The issues have been tried or heard and a decision has been rendered.

      **IT IS ORDERED AND ADJUDGED** that judgment is entered in favor of the defendants and against the plaintiff.  Case is terminated.   The parties are to bear their own costs.

**Dated:**  September 7, 2011

                                s/ Pamela E. Robinson
                                Pamela E. Robinson
                                Clerk, U.S. District Court